450 A.2d 221

Commonwealth v. Green, Appellant.

 Ar-
gued June 10, 1980. John J. Duffy, for appellant; Kristine F. Hughey, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.